SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————X

MOHAMMED M. JABARAH,

    Plaintiffs,

 -against-

MICHAEL J. GARCIA, UNITED
STATES ATTORNEY; HARRY J.
BRADY, JR., DISTRICT OFFICE
SECURITY MANAGER,; JAMES
N. CROSS, WARDEN AT
METROPOLITAN CORRECTIONAL
CENTER, NEW YORK; KENNETH B.
HAAS, SAM'S COORDINATOR AT
METROPOLITAN CORRECTIONAL
CENTER, NEW YORK,

    Defendants.
————————————————X

**Civil Judgment**

08 Civ. 1681 (KMW)

U.S. DISTRICT COURT FILED JUL 0 7 2008 S.D. OF N.Y.

  On February 20, 2008 and May 30, 2008, the Court directed plaintiff to submit an application for leave to proceed *in forma pauperis* and a Prisoner Authorization (PLRA) Form, and advised plaintiff that his failure to do so would result in the dismissal of his complaint. Since plaintiff has failed to file the requisite forms as specified or otherwise prosecute this action, it is,

  ORDERED, ADJUDGED AND DECREED: That the complaint is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this

1

order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

*/s/ Kimba M. Wood*

_____
KIMBA M. WOOD
Chief Judge

Dated: JUL 0 7 2008

New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

2